■ SAMUEL ZIPARO, an Infant, by ANTOINETTE CIANNILLI, His Mother and Natural Guardian, Appellant, v HARTWELLS GARAGE, Respondent, et al., Defendants. (Appeal No. 2.)—Judgment unanimously reversed, on the law and facts, with costs, and a new trial granted. Same memorandum as in *Ziparo v Hartwells Garage,* Appeal No. 1 (75 AD2d 997). (Appeal from judgment of Onondaga Supreme Court—negligence.) Present—Cardamone, J. P., Hancock, Jr., Schnepp, Doerr and Witmer, JJ.